IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES J. BURRIS,**

    **Plaintiff,**

**v.**

**ILLINOIS CENTRAL
RAILROAD COMPANY**,

    **Defendant.**                                  Case No. 06-cv-1053-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant's Amended Motion for Rehabilitation Interview (Doc. 45), requesting the Court order Plaintiff to submit to such interview, to be conducted by Edward P. Steffan on Friday, November 16, 2007 at 11:00 a.m. The Court had issued an Order, directing Plaintiff to file his Response, if any, by 10:00 a.m. on November 15, 2007. Plaintiff has not filed a timely Response. Therefore, as the Motion (Doc. 45) is unopposed, it is hereby **GRANTED**.[1]

      Plaintiff James Burris is hereby **ORDERED** to submit to a rehabilitation interview to be conducted by Edward P. Steffan on Friday, November 16, 2007 at 11:00 a.m. The Court observes that in its Motion, Defendant failed to list the desired

---

[1] The Court thereby finds as moot Defendant's initial Motion for Rehabilitation Interview (Doc. 44).

location where the interview would be conducted, so the Court trusts Defendant will give proper and timely notice of the location to Plaintiff.

**IT IS SO ORDERED**.

Signed this 15th day of November, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**