IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES J. BURRIS,**

    **Plaintiff,**

v.

**ILLINOIS CENTRAL
RAILROAD COMPANY**,

    **Defendant.**                                   Case No. 06-cv-1053-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the parties' Stipulation of Dismissal (Doc. 51), filed pursuant to their settlement of this suit. For good cause, the Court hereby **ACKNOWLEDGES** the parties' Stipulation (Doc. 51). Accordingly, Plaintiff James J. Burris' claims against defendant Illinois Central Railroad Company in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

    **IT IS SO ORDERED**.

    Signed this 18th day of January, 2008

                                                    /s/ David R Herndon
                                                    **Chief Judge
                                                   United States District Court**