**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**JAMES J. BURRIS,**

    **Plaintiff,**

    **vs.**                                        **Cause No.06-CV-1053 DRH**

**ILLINOIS CENTRAL RAILROAD
COMPANY d/b/a CN/IC,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

January 22, 2008                            By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/     DavidRHerndon
                  **CHIEF JUDGE
                  U.S. DISTRICT COURT**